HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OSHAY LARAY PULLEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00195-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR BRIEFING SCHEDULE RE DEFENDANT'S SUPPRESSION MOTION** |
| v. | |
| OSHAY PULLEN | |
| Defendant. | |

On April 18, 2022, the defendant filed a suppression motion with a hearing scheduled for May 27, 2022.  The government filed its opposition on April 30, 2022 and supplemented that filing with a notice of additional record materials on May 4, 2022.  The parties stipulate that the defendant's reply thereto is due on May 20, 2022.  The parties request a hearing on the motion be set for May 27, 2022.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  May 10, 2022        */s/ Christina Corcoran*
                            CHRISTINA CORCORAN
                            Counsel for Oshay Pullen


DATED:  May 10, 2022        */s/ Justin Gilio*
                            JUSTIN J. GILIO
                            Assistant United States Attorney

1

IT IS SO ORDERED.

    Dated:   **May 11, 2022**                   /s/ Jennifer L. Thurston
                                                                   UNITED STATES DISTRICT JUDGE