PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>OSHAY PULLEN,<br><br>                        Defendant. | CASE NO. 1:20-CR-00195-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 1, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

This case is set for status conference on June 1, 2022. On May 26, 2022, the parties filed a joint status report, anticipating to appear for the status conference and set the case for trial. On May 27, 2022, the parties appeared for a hearing on defendant's motion to suppress, at which time the Court set an evidentiary hearing for June 17, 2022. Defense counsel is now unavailable for the status conference and moves for a brief continuance of the status conference until June 15, 2022. At the June 15 status conference, the parties plan to set the case for a trial.

1. By previous order, this matter was set for status conference on June 1, 2022.

2. By this stipulation, defendant now moves to continue the status conference until June 15, 2022, and to exclude time between June 1, 2022, and June 15, 2022.

3. The defendant respectfully submits that the time between June 1, 2022, and June 15,

2022, is automatically excluded under the Speedy Trial Act because the pending suppression motion is a pretrial motion within the meaning of 18 U.S.C. § 3161(h)(1)(D).  However, to the extent that there is any disagreement, the defendant would otherwise agree to a brief exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes INVESTIGATIVE REPORTS, POLICE-WORN BODY CAMERA, PHOTOGRAPHS, AND PHYSICAL EVIDENCE.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In addition, the government recently provided additional discovery to defense counsel related to a suppression motion filed by defense, including GPS ankle monitor data.

b) Counsel for defendant desires additional time to prepare for the suppression hearing, consult with her client, and conduct independent investigation.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2022 to June 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

       IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 31, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: May 31, 2022 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>OSHAY PULLEN |

**ORDER**

       IT IS SO ORDERED.

DATED: 5/31/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE