PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00195-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO RESCHEDULE EVIDENTIARY HEARING ON MOTION TO SUPPRESS AND ORDER |
| v. | |
| OSHAY PULLEN, | DATE: June 17, 2022 |
| Defendant. | TIME: 1:30 p.m. |
| | COURT: Hon. Jennifer L. Thurston |

On May 27, 2022, the court held a hearing on Defendant Oshay Pullen's Motion to Suppress Evidence. (Doc. 45). At the hearing, the court set the case for an evidentiary hearing on June 17, 2022, at 1:30 p.m. The parties have met and conferred and now seek to convert the evidentiary hearing into a status conference and to set that **status conference for June 17, 2022, at 10:30 a.m. via zoom before District Judge Jennifer L. Thurston**. At the status conference, the parties plan to discuss (1) a new date for the evidentiary hearing on Defendant's Motion to Suppress Evidence and (2) the potential of some witnesses appearing via Zoom for the evidentiary hearing.

The court stated at the May 27, 2022 hearing that it has not yet taken the motion under consideration. Thus, an exclusion of time for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, is unnecessary because time is automatically excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay is resulting from a pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt

STIPULATION AND [~~PROPOSED~~] ORDER

1

disposition of, such motion.

      IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 14, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated:  June 14, 2022 | /s/ Christina Corcoran<br>Christina Corcoran<br>Counsel for Defendant<br>Oshay Pullen |

**ORDER**

IT IS SO ORDERED.

    Dated:  **June 14, 2022**

                                                 UNITED STATES DISTRICT JUDGE