PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00195-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE; ORDER |
| v. | |
| OSHAY PULLEN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for an evidentiary hearing regarding defendant's motion to suppress on July 14, 2022.

2. At a status conference on June 15, 2022, the parties set this case for trial on August 15, 2022.

3. By this stipulation, the parties now move to vacate the currently set trial date and to reconvene on the issue of trial after the Court resolves the defendant's pending motion to suppress.

4. The parties agree that trial was prematurely set in this matter because the parties are still in the process of negotiating a potential resolution.

5. The parties further wish to avoid expending any resources on trial by setting a trial date

STIPULATION TO VACATE TRIAL DATE         1

prior to the resolution of the pending motion.

6. The parties agree that time is currently excluded under the Speedy Trial Act while the parties prepare for the evidentiary hearing and through the Court's prompt disposition of the pending motion. *See* 18 U.S.C. § 3161(h)(1)(D) (excluding time pertaining to "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion").

7. Accordingly, the parties respectfully request to vacate the currently set trial date and to set a status conference for August 17, 2022.

IT IS SO STIPULATED.

Dated: July 8, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: July 8, 2022

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
OSHAY PULLEN

**FINDINGS AND ORDER**

IT IS SO FOUND.
IT IS SO ORDERED.

Dated:   **July 8, 2022**

UNITED STATES DISTRICT JUDGE