PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00195-JLT-SKO |
| Plaintiff, | STIPULATION REGARIDNG STATUS CONFERENCE; ORDER |
| v. | DATE: August 17, 2022 |
| OSHAY PULLEN, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

## BACKGROUND

This case is set for status conference on August 17, 2022 and time is currently excluded. *See* Dkt. # 60. On July 14 and 15, 2022, the district court held an evidentiary hearing on Defendant's motion to suppress evidence. The court has since ordered the parties to file post-hearing briefing (due August 15, 2022) and cross-briefing (due September 6, 2022). (Doc. 64). The court has not yet taken the motion under consideration, so time is currently and will continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay is resulting from a pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1. By this stipulation, the parties seek to vacate the status conference currently set for August 17, 2022, as the parties await the Court's disposition of the aforementioned pretrial motion.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 10, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: August 10, 2022 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>OSHAY PULLEN |

**ORDER**

IT IS SO ORDERED.

Dated: 8/11/2022

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE