HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950


Attorney for Defendant
OSHAY LARAY PULLEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>OSHAY PULLEN<br><br>                              Defendant. | CASE NO.  1:20-CR-00195-JLT-SKO<br><br>**STIPULATION AND PROPOSED ORDER FOR SUPPLEMENTAL BRIEFING SCHEDULE** |

On July 14 and 15, 2022, the district court held an evidentiary hearing on Defendant's motion to suppress evidence.  The court has since ordered the parties to file post-hearing briefing (due August 15, 2022) and cross-briefing (due September 6, 2022).  (Doc. 64).  Because defense counsel was on leave for the three weeks following the hearing, the parties stipulate to continue the post-hearing briefing deadlines.  Specifically, the parties stipulate that the post-hearing briefing will be due by Friday, September 2, and cross-briefing, if necessary, will be due two weeks from the the filing of post-hearing briefs (no later than September 16).

**IT IS SO STIPULATED.**

/ / /

/ / /

1

Respectfully Submitted,

DATED:  August 12, 2022

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Oshay Pullen

DATED:  August 12, 2022

*/s/ Justin Gilio*
JUSTIN J. GILIO
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **August 15, 2022**

UNITED STATES DISTRICT JUDGE

2