HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSHAY PULLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>OSHAY LARAY PULLEN,<br><br>  Defendant. | Case No. 1:20-cr-00195-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:  February 6, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant OSHAY LARAY PULLEN, that the Court may continue the sentencing hearing from January 13, 2023 to February 6, 2023, at 10:00 a.m.

The requested continuance is necessary to accommodate defense counsel's schedule and for the completion of the defense investigation related to sentencing. Counsel for the government and Probation have no objection to the requested change of date. The current schedule for objections will shift as follows:

- Informal Objections:  January 9, 2023
- Final PSR Filed:  January 16, 2023
- Formal Objections:  January 23, 2023

- Reply or Statement of Non-Opposition:  January 30, 2023

As this is a sentencing hearing, no exclusion of time is necessary.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

Date: December 19, 2022                */s/ Justin Gilio*
                                      JUSTIN GILIO
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: December 19, 2022                */s/ Christina M. Corcoran*
                                      CHRISTINA M. CORCORAN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      OSHAY LARAY PULLEN

## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 13, 2023, to February 6, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **December 19, 2022**

                                      UNITED STATES DISTRICT JUDGE

Pullen / Stipulation and
Proposed Order