PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OSHAY LARAY PULLEN,<br><br>    Defendant. | CASE NO. 1:20-CR-00195-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE; ORDER THEREON<br><br>DATE: June 3, 2024, and continued to June 13, 2024, at 2:00 pm before the Duty Magistrate Judge, is granted<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    This case is set for status conference on June 3, 2024, and continued to June 13, 2024, at 2:00 pm before the Duty Magistrate Judge, is granted. Defendant now moves to continue the status conference until June 13, 2024. No exclusion of time is necessary as this matter concerns a supervised release violation petition. The parties desire this additional time to collect and review additional discovery and so that defense counsel can meet with her client, probation, and the government to discuss a potential resolution of the petition.

    IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: May 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: May 30, 2024

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
OSHAY LARAY PULLEN

## ORDER

The parties' request for a continuance of the status conference re violation of supervised release, currently set for hearing on June 3, 2024, and continued to June 13, 2024, at 2:00 pm before the Duty Magistrate Judge, is granted  No exclusion of time is necessary as this matter concerns a supervised release violation petition.

IT IS SO ORDERED.

Dated:  **May 31, 2024**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE