HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
OSHAY LARAY PULLEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>OSHAY LARAY PULLEN,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:20-CR-00195-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE<br><br>DATE: June 13, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　This case is set for status conference on June 13, 2024. Defendant now moves to continue the status conference until June 24, 2024. No exclusion of time is necessary as this matter concerns a supervised release violation petition. Defense counsel requires additional time to review the produced discovery.

　　　IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: June 11, 2024  PHILLIP A. TALBERT
  United States Attorney


  */s/ Justin Gilio*
  Justin Gilio
  Assistant United States Attorney


  HEATHER E. WILLIAMS
  Federal Defender

Dated: June 11, 2024  */s/ Christina Corcoran*
  Christina Corcoran
  Counsel for Defendant
  OSHAY LARAY PULLEN

**ORDER**

      IT IS SO ORDERED.

DATED: 6/11/2024  *Sheila K. Oberto*
  THE HONORABLE SHEILA K. OBERTO
  UNITED STATES MAGISTRATE JUDGE