HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys  for Defendant
OSHAY LARAY PULLEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>OSHAY LARAY PULLEN,<br><br>                              Defendant. | CASE NO.  1:20-CR-00195-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: June 24, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

This case is set for status conference on June 24, 2024.  Defendant now moves to continue the status conference until July 31, 2024.  No exclusion of time is necessary as this matter concerns a supervised release violation petition.  Defense counsel requires additional time to review the produced discovery.

IT IS SO STIPULATED.

Dated:  June 20, 2024                                                     PHILLIP A. TALBERT
                                                                                          United States Attorney


                                                                                          */s/ Justin Gilio*
                                                                                          Justin Gilio
                                                                                          Assistant United States Attorney

|  |  |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  June 20, 2024 | */s/ Christina Corcoran*<br>Christina Corcoran<br>Counsel for Defendant<br>OSHAY LARAY PULLEN |

## ORDER

IT IS SO ORDERED that the status conference is continued from June 24, 2024, to **July 31, 2024, at 2:00 p.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:  **June 21, 2024**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE