PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
Aug 26, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DOCKET NUMBER *(Tran. Court)*
2:25CR00328

DOCKET NUMBER *(Rec. Court)*
1:20-cr-00195-JLT-SKO

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE
Oshay Laray Pullen

DISTRICT
Nevada

DIVISION
U.S. Probation Office

NAME OF SENTENCING JUDGE
Jennifer L. Thurston

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 0318/2025 | 1/11/2028 |

OFFENSE
18 U.S.C. 922(g)(1) – Felon in Possession of Ammunition

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 21, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 26, 2026
*Effective Date*

Jennifer L. Thurston
*United States District Judge*